1

2

3

4

5

**FILED**

FEB 2 1 2006

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

6                    IN THE UNITED STATES DISTRICT COURT

7                 FOR THE NORTHERN DISTRICT OF CALIFORNIA

8   UNITED STATES OF AMERICA,              )
                                           )
9                      Plaintiff,          )      NO. CR 06 00089 MMC
                                           )
10  vs.                                    )
                                           )
11  JAMES MAJOR, A/K/A JAMES MINOR         )      ORDER RE: COMMITMENT FOR
                                           )      MENTAL COMPETENCY
12                     Defendant.          )      EXAMINATION
                                           )

13

14        After a hearing conducted pursuant to 18 U.S.C. 4247(d), this Court finds, by a preponderance

15  of the evidence, that the above named defendant is presently suffering from a mental disease or

16  defect rendering him incompetent to the extent that he is unable to assist properly in his defense.

17  This Court, therefore, commits the defendant to the custody of the Attorney General who shall

18  hospitalize the defendant for treatment in a suitable facility for a reasonable period of time, not to

19  exceed four months, to determine whether there is a substantial probability that, in the

20  foreseeable future, the defendant will attain the capacity to permit a trial to proceed. No

21  statement made by the defendant during the course of his treatment and examination or the

22  competency report shall be used by the government at trial or sentencing unless the defendant

23  uses the statement or the competency report at trial or sentencing.

24        At the conclusion of this period the director of the facility chosen by the Attorney General for

25  this determination shall file a report with this Court answering the following questions:

26

1

1         1. What is the nature of the defendant's mental defect or disease?

2         2. Does the defendant have the ability to understand the nature of the criminal

3  proceedings?

4         3. Does the defendant have the ability to assist counsel in the conduct of a defense in

5  a rational manner?

6         4. Is the defendant presently competent to stand trial?

7         5. If the defendant is presently incompetent, is there a substantial probability that within

8  an additional period of time he will attain the capacity to permit the trial to proceed?

9         The United States Marshal shall convey the defendant to the facility selected by the

10  Attorney General for the defendant's treatment and return him to this Court for a hearing on June

11  13, 2006 at 9:30 a.m. unless the director of the facility has commenced commitment proceedings

12  against the defendant pursuant to 18 U.S.C. 4246.

13         The delay from February 14, 2006 to June 13, 2006 shall, pursuant to 18 U.S.C. 3161

14  (h)(1)(A), be excluded from Speedy Trial calculations as delay resulting from an examination to

15  determine the mental competency of the defendant.

16

17  IT IS SO ORDERED.

18

19  DATED:

20     2-21-06

21                 MARIA ELENA JAMES
                           United States Magistrate Judge

22

23

24  :

25

26