KEVIN V. RYAN (CSBN 118321)
United States Attorney

MARK L. KROTOSKI (CSBN 138549)
Chief, Criminal Division

TRACIE L. BROWN (CSBN 184339)
Assistant United States Attorney

   450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102
   Telephone: (415) 436-6917
   Facsimile:  (415) 436-7234

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 06-00089 MMC |
| ) | |
| Plaintiff, ) | |
| ) | [~~PROPOSED~~] **ORDER AND NOTICE** |
| v. ) | **OF DISMISSAL** |
| ) | |
| JAMES MINOR (aka JAMES MAJOR), ) | |
| ) | |
| Defendant. ) | |

     With leave of the Court, and pursuant to Federal Rule of Criminal Procedure 48(a), the United States Attorney for the Northern District of California moves to dismiss the indictment in the above case.

DATED: November 15, 2006                           Respectfully submitted,

                                                      KEVIN V. RYAN
                                                      United States Attorney


                                                      _____/s/_____
                                                      TRACIE L. BROWN
                                                      Assistant U.S. Attorney

NOTICE OF DISMISSAL
CR 06-00089 MMC

1 | Leave is granted to the government to dismiss the indictment. The case is dismissed.
2 | SO ORDERED.

Date: November 14, 2006

_____
The Hon. Maxine M. Chesney
United States District Judge

NOTICE OF DISMISSAL
CR 06-00089 MMC                              2